UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TINCY LEE HUNT,<br><br>            Plaintiff,<br><br>     v.<br><br>CAROLYN W. COLVIN, Commissioner of Social Security,<br><br>            Defendant. | Case No. C15-1340-RSM-BAT<br><br>**REPORT AND RECOMMENDATION** |

Plaintiff appeals the denial of his applications for disability benefits. Dkt. 3. The parties stipulate the case should be reversed and remanded. Dkt. 23. The Court has considered the stipulation and the record and recommends the case be **REVERSED** and **REMANDED** under sentence four of 42 U.S.C. § 405(g).

Upon remand, the ALJ will offer the claimant a new hearing, take any further action needed to complete the administrative record and issue a new decision. The ALJ will consider all evidence in the record, including treatment records by Michelle Zhong, M.D.; further evaluate the claimant's residual functional capacity and, in so doing, obtain medical expert evidence and reconsider the opinion evidence, including the opinions of Ann Alvarez, M.D., and Mumin Dimbil, M.D.; if warranted, obtain supplemental vocational expert evidence to determine if jobs

REPORT AND RECOMMENDATION - 1

1  exist in significant numbers in the national economy that the claimant can perform given her

2  limitations; and issue a new decision.

3        The parties further stipulate that Ms. Hunt will be entitled to reasonable attorney pursuant

4  to 28 U.S.C. § 2412 *et seq*.

5        Because the parties have stipulated the case be remanded as set forth above, the Court

6  recommends that Chief United States District Judge Ricardo S. Martinez immediately approve

7  this Report and Recommendation and order the case **REVERSED** and **REMANDED** for further

8  administrative proceedings as set forth above. A proposed order accompanies this Report and

9  Recommendation.

10       DATED this 14th day of March, 2016.

11

12

13       BRIAN A. TSUCHIDA
      United States Magistrate Judge

14

15

16

17

18

19

20

21

22

23

REPORT AND RECOMMENDATION - 2